**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-26360-ALTMAN**

**JORGE LUIS MARTINEZ CASADO MORALES**,

*Petitioner*,

*v.*

**WARDEN, KROME SERVICE PROCESSING CENTER**, *et al.*,

*Respondents.*
_________________________________/

**ORDER**

The Petitioner, Jorge Luis Martinez Casado Morales, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging the constitutionality of his detention in the custody of U.S. Immigration and Customs Enforcement ("ICE"). *See generally* Petition [ECF No. 1]. He asks us to direct the Respondents ("Government") to release him from custody "immediately[.]" *Id.* at 7 (cleaned up).

We ordered the Government to show cause why the writ shouldn't be granted. *See* Order to Show Cause [ECF No. 7]. The Government responded in one sentence: "The United States Attorney's Office does not oppose [Casado Morales's] request for release." Response [ECF No. 9] at 1 (cleaned up). That resolves this case.

Section 2243 requires the Government's return to "certify[ ] the true cause of the detention" and directs us to "dispose of the matter as law and justice require." 28 U.S.C. § 2243 (cleaned up). Since the Government gives us no reason for Casado Morales's continued detention, there's no factual dispute for us to resolve. And "[h]abeas is at its core a remedy for unlawful executive detention," for

which "[t]he typical remedy . . . is, of course, release." *Munaf v. Geren*, 553 U.S. 674, 693 (2008) (cleaned up).

* * *

After careful review, we **ORDER AND ADJUDGE** as follows:

1. The Petition [ECF No. 1] is **GRANTED**.

2. The Government shall **RELEASE** the Petitioner from immigration detention.

3. The Government shall file a notice certifying its compliance with this Order within three days of the Petitioner's release.

4. All pending motions are **DENIED as moot**.

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on October 29, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: Jorge Luis Martinez Casado Morales, *pro se*